**ROCEP LUSOL HOLDINGS LIMITED**, Plaintiff–Appellant,

v.

**PERMATEX, INC.** and Ultramotive Corporation, Defendants–Appellees.

No. 2007–1200.

United States Court of Appeals, Federal Circuit.

May 22, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).